UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
MAR 26 2025
Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CRIMINAL NUMBER |
| EDEN GARCIA-VILLALVA | § | |

INDICTMENT  C-25- 208

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about November 18, 2024, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

EDEN GARCIA-VILLALVA,

did forcibly and intentionally assault, resist, oppose, impede, intimidate, and interfere with J.S., an officer at the Coastal Bend Detention Center and a person assisting employees of the United States Marshal's Service, while J.S. was engaged in the performance of official duties, and said acts involved physical contact with J.S., to wit: striking him with his fists several times in the head and upper back.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____
ASHLEY E.J. MARTIN
Assistant United States Attorney